# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

In Re:        )
              )
Gerri C Click )
              )  Case No. 09-33131
              )
              )
Debtor(s)     )
              )

## VERIFIED MOTION TO WITHDRAW AS COUNSEL

Comes now, Attorney Sarah N. Wehrwein., and moves the Court for an order withdrawing her appearance as counsel of record for the Debtor(s) in this case. In support of her application, counsel states as follows:

1. Attorney Sarah N. Wehrwein is leaving the firm of Macey Bankruptcy Law. The debtor(s) in this case have retained the firm of Macey Bankruptcy Law, which operates as a group practice and not Sarah N. Wehrwein individually.

2. Attorney Daniel W. Matern of the Law Offices of Jason R. Moseley has entered his appearance in this case. As such, Debtor(s) will not be prejudiced in any way by the change in attorney of record.

WHEREFORE, Attorney Sarah N. Wehrwein prays the Court enter an order granting her leave to withdraw as counsel of record.

Respectfully Submitted,

_____
Sarah N. Wehrwein
Counsel for Debtor(s)
Macey Bankruptcy Law
4241 Flagstaff Cove
Fort Wayne, IN 46815
260.387.5098

**SO APPROVED.**

**DATE** _____

_____
**Judge, United States Bankruptcy Court**

## CERTIFICATE OF SERVICE

I certify that on December 19, 2013, service of a true and complete copy of the foregoing has been made upon the following by electronic filing or by depositing the same in the United States mail properly addressed and with sufficient first class postage affixed:

Office of the Clerk,
United States Bankruptcy Court
Northern District of Indiana
Robert K. Rodibaugh United States Bankruptcy Courthouse
401 S Michigan Street
South Bend, Indiana 46601-2304

U.S. Trustee
100 East Wayne Street, Room 555
South Bend, In 46601

Debra L. Miller
P.O. Box 11550
South Bend, IN 46634-1550

Ms. Gerri Click
1238 E. 700 South
Wabash, IN 46992

/s/Sarah N. Wehrwein
Sarah N. Wehrwein
Counsel for Debtor(s)